Francisco **AREVALO–OROZCO,**
Petitioner,

v.

John **ASHCROFT, Attorney
General,\* Respondent.**

No. 02–72125.

Agency No. A29–269–640.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2004.\*\*

Decided Sept. 20, 2004.

Garish Sarin, Los Angeles, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, San Francisco, CA, Edward C. Durant, John C. Cunningham, Carl H. McIntyre, Jr., Washington, DC, for Respondent.

Before PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM\*\*\*

Francisco Arevalo–Orozco, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") summary affirmance of an Immigration Judge's ("IJ") decision denying his application for suspension of deportation. We dismiss in part and deny in part the petition for review.

We lack jurisdiction over the IJ's extreme hardship determination because it involves an exercise of discretion not subject to judicial review. *See Kalaw v. INS*, 133 F.3d 1147, 1152 (9th Cir.1997). We similarly lack jurisdiction over Aravalo–Orozco's non-colorable constitutional claims. *See Torres–Aguilar v. INS*, 246 F.3d 1267, 1270–71 (9th Cir.2001) ("To be colorable ... the claim must have some possible validity.").

Arevalo–Orozco's contention that the BIA's streamlining procedure violates due process is foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 850–51 (9th Cir. 2003).

Pursuant to *Elian v. Ashcroft*, 370 F.3d 897, 900 (9th Cir.2004) (order), Arevalo–

---

\* John Ashcroft is the proper respondent. The clerk shall amend the docket to reflect the above caption.

\*\* The panel unanimously finds this case suitable for decision without oral argument and denies Arevalo–Orozco's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

Orozco's voluntary departure period will begin to run upon issuance of this court's mandate.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

* John Ashcroft is the proper respondent. The clerk shall amend the docket to reflect the above caption.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.